# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

*Jane L. McDonald*
*Counsel*

*Donna L. Wenzel*
*Staff Attorney*

*Raymond H. Shockley, Jr.*
*Staff Attorney*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

(856) 663-5002

*For Payments Only:*
*P.O. Box 1978*
*Memphis, TN 38101-1978*

October 19, 2009

The Honorable Judith H. Wizmur
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:  Thomas & Diane Johnson
      Case No:  09-25355 (JHW)
      Hearing Date:  N/A

Dear Chief Judge Wizmur:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application.

The proposed form of order filed with the Motion/Application, fails to indicate a new and/or correct monthly Trustee payment going forward.  Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of **$1,928.00 paid to date; then $449.00 per month for 56 more months starting November 1, 2009.**

Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Five (5) Day Rule.

As always, the Court is welcome to contact the Trustee with any concerns.

                                        Respectfully submitted,
                                        ***OFFICE OF THE CHAPTER 13***
                                        ***STANDING TRUSTEE***

                                        /s/ *Isabel C. Balboa*
                                        Isabel C. Balboa
                                        Chapter 13 Standing Trustee

ICB/jmc
c:    Ronald E. Norman, Esquire (Via Electronic Case Filing / ECF)
      Thomas & Diane Johnson (Via Regular Mail)