## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2009 to 12/31/2009
**Case Number: 09-25355 (JHW)**

Thomas W. Johnson and Diane Johnson
98 Altair Drive
Turnersville, NJ  08012

Monthly Payment: $449.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07/22/2009 | $482.00 | 08/14/2009 | $482.00 | 09/03/2009 | $482.00 | 10/07/2009 | $482.00 |
| 11/09/2009 | $507.00 | 12/02/2009 | $507.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | THOMAS W. JOHNSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RONALD E. NORMAN, ESQUIRE | 13 | $3,200.00 | $2,694.87 | $505.13 | $2,230.46 |
| 2 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $1,226.18 | $0.00 | $1,226.18 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $460.45 | $0.00 | $460.45 | $0.00 |
| 4 | Amex | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | 33 | $683.83 | $0.00 | $683.83 | $0.00 |
| 6 | Bank Of America | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Bank Of America* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Barclays Bank Delaware | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Barclays Bank Delaware* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $6,098.94 | $0.00 | $6,098.94 | $0.00 |
| 11 | Cach Llc* | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK | 33 | $7,483.35 | $0.00 | $7,483.35 | $0.00 |
| 13 | Capital 1 Bank* | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Capital Collection Svc | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Chase | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $19,883.48 | $0.00 | $19,883.48 | $0.00 |
| 18 | Citi Auto | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Citi Corp Credit Services* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | Citibank Stu | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Citibank Usa* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | CITIFINANCIAL | 33 | $7,921.56 | $0.00 | $7,921.56 | $0.00 |
| 24 | CITIZENS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CITIZENS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | DISCOVER FINANCIAL SERVICES | 33 | $7,956.40 | $0.00 | $7,956.40 | $0.00 |
| 27 | DISCOVER FINANCIAL SERVICES | 33 | $6,246.21 | $0.00 | $6,246.21 | $0.00 |
| 28 | DISCOVER FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | DEPARTMENT STORES NATIONAL BANK | 33 | $46.76 | $0.00 | $46.76 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING,
TO RECEIVE A ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 30 | First Tennessee Bank | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | First USA Bank - Chase* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | First Usa Bank N A | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | Gemb/jcp | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | Gemb/jcp* | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | Gemb/lowes | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | Gemb/walmart | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | Goldman & Warshaw | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | HOUSEHOLD FINANCE CORPORATION | 24 | $275.00 | $0.00 | $275.00 | $0.00 |
| 39 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | Hsbc Harlem Fur.* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | Hsbc/boscov | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | Hsbc/brad | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | Hsbc/rs* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | Lowes / MBGA* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | Macys/fdsb* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | Natl A Fin | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | Nissan Motor Acceptance Corp. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | Nissan-infiniti Lt | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | Nissn Inf Lt* | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | Pnc Bank* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | Pnc Leasing Corp | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $2,041.94 | $0.00 | $2,041.94 | $0.00 |
| 54 | SANTANDER CONSUMER USA, INC. | 24 | $22,201.20 | $0.00 | $22,201.20 | $0.00 |
| 55 | STATE OF NEW JERSEY | 28 | $800.00 | $0.00 | $800.00 | $0.00 |
| 56 | Suzuki Credit | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | PRA RECEIVABLES MANAGEMENT, LLC | 33 | $809.26 | $0.00 | $809.26 | $0.00 |
| 58 | Unvl/Citi | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | VISDSNB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | Visdsnb* | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | Wells Fargo* | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | Wffinaccpt | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | Hfc - Usa | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | American Express* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | American Express* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | Amex | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | Amex | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | Amex | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | Citi | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | Citi | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | Citi Corp Credit Services* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | Citi Corp Credit Services* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | Citi Corp Credit Services* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | Citibank Stu | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | Citibank Usa* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | Citibank Usa* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | Hfc - Usa | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | Hfc - Usa | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 83 | Hfc - Usa | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 84 | Hfc - Usa | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 85 | Hfc - Usa | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE A ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 02/02/2010  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2009 to 12/31/2009  
**Case Number: 09-25355 (JHW)**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 86 | Hfc - Usa | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | Hsbc/rs* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 88 | Hsbc/rs* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | Hsbc/rs* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 90 | Hsbc/rs* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 91 | Hsbc/rs* | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 94 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,862.73 | $0.00 | $1,862.73 | $0.00 |
| 95 | SANTANDER CONSUMER USA, INC. | 33 | $10,467.58 | $0.00 | $10,467.58 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2009 | 3.00 | $0.00 |
| 10/01/2009 | Paid to Date | $1,446.00 |
| 11/01/2009 | 56.00 | $449.00 |
| 07/01/2014 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,942.00 |
| Total paid to creditors this period: | $2,230.46 |
| Undistributed Funds on Hand: | $507.00 |
| Arrearages: | ($207.00) |
| Attorney: | RONALD E. NORMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING,  
TO RECEIVE A ACCURATE PLAN PAYOFF FIGURE.**